

# NUMBER 13-13-00513-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE CORNELIO MORALES

On Petition for Writ of Mandamus
and Request for Emergency Temporary Relief.

## ORDER

**Before Justices Benavides, Perkes, and Longoria
Per Curiam Order[1]**

Relator, Cornelio Morales, filed a petition for writ of mandamus and request for emergency temporary relief in the above cause on September 27, 2013. The Court, having examined and fully considered the request for emergency temporary relief, is of the opinion that said relief should be granted. The request for emergency relief is hereby GRANTED, and the trial court proceedings are ordered STAYED pending further

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The Court requests that the real party in interest, Hidalgo County Irrigation District, by and through counsel, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.4, 52.8.

       IT IS SO ORDERED.

                              PER CURIAM

Delivered and filed the
30th day of September, 2013.